**Opinion issued November 8, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00197-CV

———————————

## IN RE M.T.A., INC.; IRADJ FARKOOSHI; MAHIN FARKOOSHI; SHAGHAYEGH FARKOOSHI; FLATONIA TRAVEL PLAZA, INC. AND OGAB INVESTMENT, LLC, Relators

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relators, M.T.A., Inc., Iradj Farkooshi, Mahin Farkooshi, Shaghayegh Farkooshi, Flatonia Travel Plaza, Inc., and OGAB Investment, LLC, have filed a petition for a writ of mandamus, challenging the trial court's order granting real party

in interest King Fuels, Inc.'s "Renewed and First Amended Motion for Sanctions" in the underlying proceeding.[1]

We deny the petition.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.

---

[1] The underlying case is *King Fuels, Inc. v. M.T.A., Inc. d/b/a Katy Depot; Iradj Farkooshi; Flatonia Travel Plaza, Inc.; Mahin Farkooshi; Shaghayegh Farkooshi; Felder's Wholesale, Inc.; Kendrick Oil Co.; and OGAB Investment, LLC*, Cause No. 09-DCV-170326, in the 268th District Court of Fort Bend County, Texas, the Honorable Brady Elliott presiding.